1  Sue J. Stott, State Bar No. 91144
   SStott@perkinscoie.com
2  Jonathan S. Longino, State Bar No. 273936
   JLongino@perkinscoie.com
3  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
4  San Francisco, CA 94111-4131
   Telephone: 415.344.7000
5  Facsimile: 415.344.7050

6  Attorneys for Defendants
   REDBOX AUTOMATED RETAIL, LLC
7  and OUTERWALL INC.

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12                                      Case No. 4 - 4406 Fmo-cw
   JUSTIN DOUGHERTY, as an
13 individual on behalf of all others      CERTIFICATE OF INTERESTED
   similarly situated,                     ENTITIES AND CORPORATE
14                                          DISCLOSURE STATEMENT IN
                                            COMPLIANCE WITH FRCP 7.1
15          Plaintiff,                      AND LOCAL RULE 7.1-1

16    v.                                    [Filed Concurrently with    ]

17 REDBOX AUTOMATED RETAIL,                 Complaint Filed:  May 6, 2014
   LLC, a Limited Liability Company;
18 OUTERWALL, INC., a corporation,
   and DOES 1 through 50, inclusive,
19
            Defendant.
20

21

22

23

24

25

26

27

28

   CERTIFICATE OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT
   Case No.
   LEGAL121810274.2

1  **TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL**
2  **DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HIS COUNSEL**
3  **OF RECORD:**

4       Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Redbox
5  Automated Retail LLC ("Redbox"), certifies that the following listed party (or
6  parties) may have a pecuniary interest in the outcome of this case.  These
7  representations are made to enable the Court to evaluate possible disqualification or
8  recusal.

9       1.     Defendant Redbox;
10      2.     Defendant Outerwall Inc.;
11      3.     Plaintiff Justin Dougherty; and
12      4.     Those individuals constituting potential class members, namely, "[a]ll
13 non-exempt employees of Defendants who worked in California as Field Support
14 Representatives or individuals with similar titles and/or job duties servicing Redbox
15 kiosks during the period from May 6, 2010 to the present...." (Compl. ¶ 15.)

17 DATED:  June 6, 2014

Respectfully,

**PERKINS COIE LLP**

By: _____
Sue J. Stott
Jonathan S. Longino

Attorneys for Defendants
REDBOX AUTOMATED RETAIL,
LLC and OUTERWALL INC.

28

- 1 -
CERTIFICATE OF INTERESTED ENTITIES AND CORPORATE DISCLOSURE STATEMENT
Case No. _____
LEGAL121810274.2